# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **JUDITH CUNNINGHAM**, *et al.*, | : | CIVIL ACTION NO. 1:12-cv-1238 |
| Plaintiffs, | : | (Chief Judge Conner) |
| v. | : | |
| **M&T BANK CORP.**, *et al.*, | : | |
| Defendants. | : | |

## ORDER

AND NOW, this 14th day of January, 2014, upon consideration of the motion (Doc. 144) by defendants M&T Bank Corporation, M&T Bank, and M&T Mortgage Reinsurance Company (collectively "M&T") seeking a stay of discovery and all further proceedings in this action pending resolution of a related case, Riddle v. Bank of America Corp., 2013 U.S. Dist. LEXIS 163526 (E.D. Pa. Nov 18, 2013), by the Third Circuit Court of Appeals, and upon consideration of the opposition papers and arguments filed by plaintiffs and by M&T's co-defendants Radian Guaranty, Inc., ("Radian") and Mortgage Guaranty Insurance Corp. ("MGIC"), and for all of

the reasons set forth in the accompanying memorandum, it is hereby ORDERED that:

1. M&T's motion (Doc. 144) is DENIED.

2. Discovery shall proceed as outlined in previous orders of this court and in the memorandum issued on today's date.

3. The parties' remaining disputes with respect to whether certain of the plaintiffs' discovery requests are within the scope of the limited discovery permitted by the court are REFERRED to Chief Magistrate Judge Martin C. Carlson for assignment to and resolution by a United States magistrate judge.

        /S/ CHRISTOPHER C. CONNER
Christopher C. Conner, Chief Judge
United States District Court
Middle District of Pennsylvania