IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **JUDITH CUNNINGHAM**, *et al.*, | : | CIVIL ACTION NO. 1:12-CV-1238 |
| **Plaintiffs** | : | (Chief Judge Conner) |
| **v.** | : | |
| **M&T BANK CORP.**, *et al.*, | : | |
| **Defendants** | : | |

## ORDER AND JUDGMENT

AND NOW, this 10th day of February, 2015, upon consideration of the motion (Doc. 197) for summary judgment pursuant to Federal Rule of Civil Procedure 56(a) filed by defendants M&T Bank, M&T Bank Corp., and M&T Mortgage Reinsurance Co., Inc. (collectively, "M&T"), and for the reasons set forth in the accompanying memorandum, it is hereby ORDERED that:

1. Defendants' motion (Doc. 197) is GRANTED in its entirety.

2. Judgment is ENTERED in favor of defendants and against plaintiffs on all counts of the complaint.

3. The Clerk of Court is directed to CLOSE this case.

/S/ CHRISTOPHER C. CONNER
Christopher C. Conner, Chief Judge
United States District Court
Middle District of Pennsylvania